**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-7990

TARVISH LEVITICUS DUNHAM,

Plaintiff - Appellant,

v.

FEDERAL CORRECTIONAL INSTITUTION GILMER; A. SLIGAR, Lt.,

Defendants - Appellees.

Appeal from the United States District Court for the Northern District of West Virginia, at Elkins.   John Preston Bailey, Chief District Judge.  (2:13-cv-00063-JPB-JES)

Submitted:  April 17, 2014        Decided:  April 21, 2014

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Tarvish Leviticus Dunham, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tarvish Leviticus Dunham appeals the district court's order accepting the recommendation of the magistrate judge and dismissing under 28 U.S.C. § 1915A(b) (2012) his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971), and dismissing as premature Dunham's claim filed pursuant to the Federal Tort Claims Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Dunham v. Fed. Corr. Inst. Gilmer, No. 2:13-cv-00063-JPB-JES (N.D.W. Va. Nov. 22, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED